University of Illinois, No. 610—

*Opinion submitted March 14, 1934.*

By the Court.

From the facts stated, it does not appear that the work of a laborer engaged in the Department of Horticulture in the activities stated comes within any of the Sub-sections of Section 3 of the Act, nor that such work is in fact extra-hazardous and that the University could in any sense be said to be "engaged in such business." From a consideration of the cases heretofore cited and the facts stated, the court is of the opinion that no award should be made on this claim.